| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | NED SMOCK |
|   | Assistant Federal Public Defender |
| 3 | 555 12th St., Suite 650 |
|   | Oakland, CA 94607 |
| 4 | (510) 637-3500 |
|   | Counsel for Defendant CENTER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 14-0065 JST |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|  | ) | ORDER AMENDING CONDITIONS OF |
| v. | ) | SUPERVISED RELEASE |
|  | ) |  |
| CORY CENTER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Defendant Cory Center has served approximately 20 months of his 36 month term of supervised release. During this time he has gotten married, is expecting a child, and is running a business with his wife. He has abided by all conditions of his supervised release and has had no problems. In light of family and employment obligations, Mr. Center is required to travel outside the district with some regularity. In order to facilitate that process, the parties and United States Probation agree that a modification of Mr. Center's travel restriction is appropriate. Accordingly, the parties and United States Probation seek the Court's permission to amend Mr. Center's terms of supervised release to permit travel anywhere within the United States without seeking previous permission from United States Probation or the Court. Mr. Center must provide his

probation officer with information about his travel dates and destination in advance so that she is aware of his location at all times.

October 31, 2014                              /s/ Ned Smock
                                              NED SMOCK
                                              Assistant Federal Public Defender

October 31, 2014                              /s/ Thomas Stevens
                                              THOMAS STEVENS
                                              Assistant United States Attorney

October 31, 2014                              /s/ Connie Cook
                                              CONNIE COOK
                                              United States Probation Officer

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby amends the conditions of supervised release for Cory Center to permit travel anywhere within the United States without seeking previous permission from United States Probation or the Court. Mr. Center must provide his probation officer with information about his travel dates and destination in advance so that she is aware of his location at all times.

IT IS SO ORDERED.

November 3, 2014
Date

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
No. CR-14-0065 JST                                      2